No. 03–9417.  SMITH v. MOORE, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 03–9419.  WHALEY v. BERTRAND, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–9436.  BRYANT v. ADAMS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–9444.  LIGON v. BOSWELL.  C. A. 11th Cir.  Certiorari denied.

No. 03–9447.  OKEN v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 03–9450.  TORRES v. JAIMET, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–9476.  SPEARS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 03–9485.  McCOLLOUGH v. SNOW, SECRETARY OF THE TREASURY.  C. A. 7th Cir.  Certiorari denied.

No. 03–9488.  ORTEGA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–9518.  RODRIGUEZ-MARTINEZ v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 03–9522.  MUNOZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9528.  ARANDA v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 03–9533.  ALVAREZ-GUTIERREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9534.  ROBERTS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.